UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES ATTORNEY GENERAL, et al.,<br><br>            Defendants. | Case No. C19-59-JCC-MLP<br><br>REPORT AND RECOMMENDATION |

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). In this current action, Plaintiff has submitted a proposed 42 U.S.C. § 1983 complaint against, among others, the U.S. and Washington State Attorney Generals, various federal and state courts, and the President of the United States. (Dkt. # 1.) He seeks to challenge 28 U.S.C. § 1915(g) as unconstitutional. (*Id.* at 3.)

As a bar order litigant, Plaintiff may submit only three *in forma pauperis* ("IFP") applications and proposed actions each year. *See In re John Robert Demos*, MC91-269-CRD

REPORT AND RECOMMENDATION - 1

(W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). In addition, Plaintiff has acquired more than three "strikes" under 28 U.S.C. § 1915(g), and therefore he may not proceed IFP unless he plausibly alleges that he faced imminent danger of serious physical injury at the time he filed his complaint. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999); *see also Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (discussing imminent danger standard under § 1915(g)).

Having carefully considered Plaintiff's submissions and the balance of the record, the Court recommends that this matter be DISMISSED without prejudice. Plaintiff did not pay the filing fee and he is not entitled to proceed IFP. Although he has not attempted to bring more than three civil rights actions yet this year, his proposed complaint does not include any allegation even implicating § 1915(g)'s imminent danger standard. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days

\\

\\

REPORT AND RECOMMENDATION - 2

1  after service and filing of objections. If no timely objections are filed, the matter will be ready

2  for consideration by the District Judge on the date that objections were due.

3      Dated this 16th day of July, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3